# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 1, 2025

**By ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The Court accepts Mr. Reynold's waiver, pursuant to FRCP Rule 10(b). He thus need not attend the conference scheduled for April 17, 2025.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
April 1, 2025

Re:  *United States v. Alexander McGrail Reynolds*, 25 Cr. 135 (RA)

Dear Judge Abrams:

    I write in advance of Alexander McGrail Reynolds's April 17, 2025 arraignment and initial conference to respectfully request that the Court agree to waive his personal appearance or conduct the proceeding by videoconference, pursuant to Rules 10(b) or 10(c) of the Federal Rules of Criminal Procedure.

    Mr. Reynolds lives in northern California. On March 1, 2025, after six years with his last employer, he started a new full-time, in-person job. Given his recent hiring, he would be grateful if these proceedings took place in a manner that minimized his time away from work.

    I am attaching to this letter a sworn declaration affirming that Mr. Reynolds waives his appearance and that he has received the Indictment filed against him and discussed it with counsel. Mr. Reynolds, through this waiver, pleads not guilty to the charges against him. He also gives his consent to his arraignment being conducted by videoconference.

    I ask the Court to please accept Mr. Reynolds's written waiver, and to excuse his personal appearance at the arraignment or conduct it by videoconference. Thank you for your consideration of this matter.

Sincerely,

Ariel Werner
Assistant Federal Defender
(212) 417-8770

cc:  AUSA Andrew Jones

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER MCGRAIL REYNOLDS,<br>            Defendant. | No. 25 Cr. 135 (RA)<br><br>**DECLARATION OF<br>ALEXANDER MCGRAIL<br>REYNOLDS** |

      I, ALEXANDER MCGRAIL REYNOLDS, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1. I am the defendant in this criminal action.

2. I make this Declaration pursuant to Rules 10(b) and 10(c) of the Federal Rules of Criminal Procedure.

3. I have been charged in an Indictment in this case.

4. I have received and read the Indictment.

5. I have discussed it with my attorney, Ariel Werner, at the Federal Defenders of New York, Inc.

6. I have also received and read Rules 10(b) and 10(c) of the Federal Rules of Criminal Procedure, and they have been explained to me by my attorney.

7. I live in California and work full-time at a new job that I started in March.

8. I am aware that I have an absolute right to be arraigned by appearing in person before United States District Court Judge Abrams, to whom my case is assigned.

9. I also understand that I have an absolute right to have the Court read my

Indictment aloud to me in open court.

10. I have discussed these rights with my attorney. I have also discussed with my attorney the consequences of giving up these rights.

11. Having understood my rights under Rule 10 of the Federal Rules of Criminal Procedure, I now agree to waive them. I waive my appearance at the arraignment pursuant to Rule 10(b).

12. I respectfully ask the Court to accept this waiver as it is freely and voluntarily given.

13. By this Declaration, I plead not guilty to the Indictment.

14. In the alternative, I consent to appear at my arraignment by video conference, pursuant to Rule 10(c).

*Alexander McGrail Reynolds*
Alexander McGrail Reynolds

*Ariel C. Werner*
Ariel C. Werner, Esq.
Attorney for Alexander McGrail Reynolds

Dated: April 1, 2025