# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 26, 2026

Application granted. The sentencing is adjourned to April 17, 2026 at 2:30 p.m. Counsel shall refer to the Court's Individual Rules and Practices in Criminal Cases for the deadlines to file their submissions.

**By ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 26, 2026

Re:    *United States v. Alexander McGrail Reynolds*, 25 Cr. 135 (RA)

Dear Judge Abrams:

I write with the Government's consent to respectfully request an adjournment of sentencing in this matter, currently set for February 27, 2026. The basis for the request is Judge Koeltl's adjournment of a trial in which I am lead counsel, *United States v. Domane Gordon*, 25 Cr. 364 (JGK), from February 9 to February 23.

To allow the presence of Mr. Reynolds' family members who cannot attend a proceeding in March, I respectfully request that the Court reset sentencing for the week of April 13 or the week of April 20. Counsel for both Mr. Reynolds and the Government are available any day during those weeks, except April 16 and 20.

Thank you for your consideration of this request.

Sincerely,

/s/

Ariel Werner
Assistant Federal Defender
(212) 417-8770

cc:    AUSA Andrew Jones