# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 24, 2026

**By ECF and Email**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
June 24, 2026

Re:     *United States v. Alexander McGrail Reynolds*, 25 Cr. 135 (RA)

Dear Judge Abrams,

I write to respectfully request a temporary modification of Alexander Reynolds's travel restrictions to permit him to spend the final three weeks before his July 20, 2026, surrender to BOP custody in the District of Colorado. Specifically, Mr. Reynolds seeks permission to travel on July 1 to his mother's home in Colorado, where he will leave his dogs and property during his 366-day sentence, and to remain there until he surrenders to his designated facility, the camp at FCI Florence.

Neither Pretrial Services nor the Government objects to this request. Thank you for considering it.

Respectfully,

Ariel C. Werner
Assistant Federal Defender
917-751-2050

cc:     AUSA Andrew Jones
Meherun Mayer, U.S. Pretrial Services